IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED H. FREEMAN, | No. C 99-20614 JW |
| Petitioner, | **ORDER DISMISSING PETITION WITH PREJUDICE DUE TO PETITIONER'S DEATH** |
| v. | |
| ROBERT K. WONG, Acting Warden of California State Prison at San Quentin | |
| Respondent. | |

The court has been notified that petitioner died on July 25, 2009. The petition for writ of habeas corpus in this matter is dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: September 9, 2009

James Ware
United States District Judge

N:\Pro - Se\Death Penalty Pro Se\99-20614Freeman_dismissal_sept9.frm